IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| GARY L. KAISER and VERLENE D. KAISER; COMMUNITY HOME HEALTH, INC.; GARY S. KAISER; SHAWN EXLINE; and SHARIE MONTEFERRANTE, EXLINE; and SHARIE MONTEFERRANTE, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. CV 05-235-S-LMB |
| v. | ) ) | ORDER |
| BLUE CROSS OF CALIFORNIA, a California corporation; and THE UNITED STATES OF AMERICA, DEPARTMENT OF HEALTH AND SOCIAL SERVICES, HEALTH CARE FINANCING AGENCY; MIKE LEAVITT, Secretary, UNITED STATES DEPARTMENT OF HEALTH AND SOCIAL SERVICES, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

On June 17, 2005, Plaintiffs filed a Complaint with this Court. (Docket No. 1). In response, Defendant United States of America filed a Motion to Dismiss or for Judgment on the Pleadings. (Docket Nos. 9, 10). Plaintiffs sought and received an extension of time to respond to Defendants' Motion. (Docket Nos. 13, 14, 16). Plaintiffs filed their Memorandum in Response on November 28, 2005. (Docket No. 19). Plaintiffs then filed an Amended Complaint. (Docket No. 21). On December 1, 2005, Plaintiffs also filed a Supplemental Memorandum Opposing Defendants' Motion to Dismiss, without requesting leave of the Court to file this supplemental response. (Docket No. 22). Despite this failure and the fact that both

ORDER- 1

response memorandums were filed late, the Court has decided that it will consider Plaintiffs' memorandums when ruling on Defendants' Motion. *Order*, p. 2 (Docket No. 23).

The Court also has determined that a reply brief would be beneficial in light of Plaintiff's Amended Complaint. Consistent with this determination, on January 4, 2005, the Court ordered Defendants to file a brief in reply to Plaintiffs' response memorandums. *Order*, p. 2 (Docket No. 23). Defendants have now filed a reply brief, but request additional time to submit supplemental authorities because counsel for Defendants did not receive a copy of Plaintiffs' November 28, 2005 Memorandum (Docket No. 19) until the afternoon of January 11, 2006, two days before they filed their Reply. *Defendants' Reply*, pp. 1-2 (Docket No. 24). Counsel explains that he attempted to obtain a copy of the November 28th Memorandum and notified Plaintiffs' counsel of a CM/ECF problem with accessing the document. *Id.* at p. 2. The Court notes that its staff also had difficulty accessing the November 28th Memorandum and eventually obtained a copy of the Memorandum by contacting Plaintiffs' counsel.

For these reasons, the Court finds good cause to allow Defendants additional time to supplement their reply brief. Accordingly, within fourteen (14) days of the filing of this Order, Defendants shall file a supplemental reply brief no longer than ten (10) pages to address any issues related to the Motion to Dismiss that have been raised or resolved by Plaintiffs' Amended Complaint or their Supplemental Memorandum. Additionally, Plaintiffs may file a sur-reply brief, no longer than ten (10) pages, within ten (10) days of the filing of Defendants' supplemental reply. No further briefing will be allowed.

ORDER- 2

**ORDER**

THEREFORE IT IS HEREBY ORDERED that

1. Within fourteen (14) days of the filing of this Order, Defendant United States shall file a supplemental reply brief addressing the arguments made by Plaintiffs in their response memorandums and any issues raised by Plaintiffs' Amended Complaint. Defendants' supplemental reply brief shall be no longer than ten (10) pages in length.

2. Plaintiffs may file an optional sur-reply brief within ten (10) days of the filing of Defendants' supplemental reply brief. The sur-reply brief shall be no longer than ten (10) pages in length.

3. Defendants' Motion to Dismiss or for Judgment on the Pleadings (Docket Nos. 9, 10) shall be heard at **10 a.m. (MST) on Tuesday, February, 28, 2006**, at the U.S. Courthouse, 550 West Fort Street, 5th Floor, Courtroom No. 7, in Boise, Idaho, before the Honorable Larry M. Boyle.

DATED: **January 18, 2006**.

Honorable Larry M. Boyle
Chief U. S. Magistrate Judge

ORDER- 3